676 A.2d 1192

J. Bradley McDERMOTT, James T. McDermott, Jr., and Michael J. McDermott, Executors of the Estate of the Honorable James T. McDermott, Deceased, Appellants,

v.

Daniel R. BIDDLE, Philadelphia Newspapers, Inc., and Knight–Ridder Newspapers, Inc., Appellees.

Supreme Court of Pennsylvania.

June 7, 1996.

Reargument Denied June 7, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 7th day of June, 1996, upon consideration of appellees' application for reargument, reargument is denied; however, the case is remanded to the trial court for consideration of the remaining issues raised in post-trial motions but not considered due to the reversal on the ground of inconsistent verdicts.

Jurisdiction is relinquished.

NIX, C.J., and NIGRO and NEWMAN, JJ., did not participate in the consideration or decision of this matter.